IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| LATARA S. TRIBBLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 3:06CV478-M |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

**THIS MATTER** is before the Court on Plaintiff's "Motion For Award of Attorney Fees Pursuant to the Equal Access to Justice Act" filed on June 28, 2007 (document #16). By Response filed on the 7th day of June, 2007, Defendant advises that the parties have reached agreement on this matter and he will not oppose an award of legal fees in the amount of $4,500.00 for attorney fees, upon payment, in full and final satisfaction of in this case under 28 U.S.C. §2412(d).

**NOW THEREFORE, IT IS ORDERED:**

1. Plaintiff's "Motion For Award of Attorney Fees Pursuant to the Equal Access to Justice Act" (document #16) is **GRANTED IN PART**, to the extent that counsel for Plaintiff shall be paid the sum of $4,500.00 for attorney fees and **DENIED IN PART** as to the remaining amount sought in the motion.

2. Upon payment, this petition will be in full and final satisfaction of all claims pursuant to 28 U.S.C. §2412(d) shall be filed.

3. The Clerk is directed to serve copies of this Order to counsel for the parties.

**SO ORDERED.**

Signed: July 11, 2007

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge